UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>$14,536 in U.S. Currency;<br>2015 GMC Yukon SLT;<br>Assorted Jewelry, VL: $14,535,<br><br>        Defendants. | Civil Action No. 5:21-CV-1265 (DNH/ATB)<br><br>**ORDER BARRING ALL FURTHER CLAIMS** |

Upon consideration of the United States' status report, and the Court being satisfied that the government as provided notice to all known potential claimants pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, it is hereby

ORDERED that, with the exception of the claim of Karen Villanueva to the 2015 GMC Yukon SLT, all future claims to the defendant property are forever barred, and it is further

ORDERED that the claim of Karen Villanueva to the 2015 GMC Yukon SLT shall proceed into discovery, and it is further

ORDERED that, within thirty days after the filing of this order, the United States shall contact the claimant to set out and agree upon a schedule of expiration dates dealing with joinder of parties, amendment of pleadings, discovery, filing of motions and a proposed trial date, and memorialize this agreement in a stipulation form which shall be signed by the parties and so ordered by the assigned United States Magistrate Judge.

//

//

//

If the parties are unable to come to an agreement regarding the schedule, counsel for the United States shall contact the assigned Magistrate Judge and request a discovery conference.

IT IS SO ORDERED.

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 06-29-2022