UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Civil Action No.   5:21-cv-1265 (DNH/ATB) |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER OF FORFEITURE** |
| v. | ) | |
| | ) | |
| $14,536 in U.S. Currency; 2015 GMC Yukon; Assorted Jewelry VL: $14,535, | ) ) ) | |
| Defendants. | ) | |

Upon consideration of the United States' Motion for Default Judgment and Partial Dismissal and Final Order of Forfeiture made pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and General Order #15 of this Court, it is hereby ORDERED that the Motion is hereby GRANTED, and it is further

ORDERED that the United States' asset forfeiture claim as to the 2015 GMC Yukon is dismissed, with prejudice, pursuant to the terms of the parties' Settlement Agreement, and it is further;

ORDERED that Judgment of Default be entered against $14,536.00 in U.S. Currency and Assorted Jewelry VL: $14,535.00, and it is further

ORDERED that $14,536.00 in U.S. Currency and Assorted Jewelry VL: $14,535.00 is hereby forfeited to the United States, and it is further

ORDERED that any claims to the $14,536.00 in U.S. Currency and Assorted Jewelry VL: $14,535.00 are hereby forever barred.

The Clerk of the Court is directed to terminate the pending motion and enter a judgment accordingly.

IT IS SO ORDERED.

Date: 06-02-2023

David N. Hurd
U.S. District Judge