# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**United States of America**
    Plaintiff(s)
   vs.                                **CASE NUMBER:** 5:21-cv-1265 (DNH/ATB)

**$14,536 in U.S. Currency; 2015 GMC Yukon SLT; Assorted Jewelry, VL:$14,535**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: FINAL ORDER OF FORFEITURE granting 40 Motion for Default Judgment. Upon consideration of the United States Motion for Default Judgment and Partial Dismissal and Final Order of Forfeiture made pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and General Order #15 of this Court, it is hereby ORDERED that the Motion is hereby GRANTED, and it is further ORDERED that the United States asset forfeiture claim as to the 2015 GMC Yukon is dismissed, with prejudice, pursuant to the terms of the parties Settlement Agreement, and it is further; ORDERED that Judgment of Default be entered against $14,536.00 in U.S. Currency and Assorted Jewelry VL: $14,535.00, and it is further ORDERED that $14,536.00 in U.S. Currency and Assorted Jewelry VL: $14,535.00 is hereby forfeited to the United States, and it is further ORDERED that any claims to the $14,536.00 in U.S. Currency and Assorted Jewelry VL: $14,535.00 are hereby forever barred.

All of the above pursuant to the order of the Honorable David N. Hurd, dated the 2nd day of June, 2023.

DATED: June 2, 2023

*[signature]*
Clerk of Court

                                          s/Kathy Rogers
                                          Deputy Clerk